AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jennifer Mitchell<br><br>_____<br>*Defendant* | )  Case: 1:24-mj-00091<br>)  Assigned To : Judge Robin M. Meriweather<br>)  Assign. Date : 3/6/2024<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jennifer Mitchell                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly
conduct in a restricted building or grounds; and
40 U.S.C. § 5104(e)(2)(D) and (G) – Parading, picking, and demonstrating
and disorderly conduct in a Capitol building.

Date:     03/06/2024                                   _____
                                                                    2024.03.06
                                                                    20:13:58 -05'00'
                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  03/06/2024  , and the person was arrested on *(date)*  03/07/2024<br>at *(city and state)*   New Albany, Indiana              .<br><br>Date:  03/07/2024                            _____<br>                                                          *Arresting officer's signature*<br><br>                                                          Special Agent Kaori Tahan<br>                                                          *Printed name and title* |